# Document Filed in Error and Removed