IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PARTH SIDDARTH ATHAWALE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cv-809 (LMB/WEF) |

ORDER

Upon consideration of defendants' Motion for an Extension of Time to File Answer ("Motion"), to which plaintiffs have not filed an objection, and for good cause shown, the Motion is GRANTED, and it is hereby

ORDERED that the defendants file their answer or first responsive pleading on or before Monday, October 26, 2026.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of October, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge