IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PARTH SIDDARTH ATHAWALE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-809 (LMB/WEF) |
| | ) | |
| MARCO RUBIO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon the Motions of Curtis Lee Morrison and Matthew T. Galati to Withdraw as Counsel for Plaintiffs, [Dkt. Nos. 18, 19], and for good cause shown, it is hereby

ORDERED that the Motions be and are GRANTED; and it is further

ORDERED that Curtis Lee Morrison and Matthew T. Galati are granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court; and it is further

ORDERED that counsel forward a copy of this Order to the plaintiffs at their address of record; and it is further

ORDERED that counsel coordinate with the Clerk's office to have the information typically provided to pro se litigants upon filing, to include the Court's form to receive electronic noticing, forwarded to the plaintiffs.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 14th day of October, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge