FILED
10/19/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

United States District Court Eastern District of Virginia

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:26-cv-00809-LMB-WEF

Name: PARTH SIDDHARTH ATHAWALE

Address: 5401 VERONA ROAD

CHARLOTTE NC 28213

Telephone Number: (214) 708 1855

Email Address: PARTHSA87@GMAIL.COM

The undersigned:

- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signature] Date: 10/15/2026

Court Use Only:

The request is GRANTED ✓ *or* DENIED ____

10/19/26
(Date)

/s/ LMB
Leonie M. Brinkema
United States District Judge