**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| PARTH SIDDHARTH ATHAWALE, et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>MARCO RUBIO, et al.,<br><br>*Defendants* | Case No.: 1:26-cv-00809-LMB-WEF<br><br>**ORDER**<br><br>Hon. LEONIE M. BRINKEMA<br>U.S. District Judge |

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Appear by Video, it is hereby ORDERED that the motion is GRANTED. Plaintiffs may appear and present argument by video (Zoom) at any hearing or conference in this action. The Clerk shall provide Plaintiffs with the connection information for each such proceeding.

Entered this 29th day of October, 2026.

Alexandria, Virginia

/s/ LMB

Leonie M. Brinkema
United States District Judge