IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PARTH SIDDARTH ATHAWALE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-809 (LMB/WEF) |
| | ) | |
| MARCO RUBIO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Before the Court is plaintiffs' Motion for an Order Directing Defendants to File a Status Report ("Motion").[1] Because a dispositive motion in this civil action will be fully briefed by the end of the year, providing sufficient time for its resolution before plaintiff Parth Siddarth Athawale plans to begin his new position, it is hereby

ORDERED that the Motion, [Dkt. No. 36], be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and plaintiffs, pro se, at 5401 Verona Rd., Charlotte, NC 28213.

Entered this 16th day of November, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge

[1] Every pleading must be signed by both plaintiffs. Fed. R. Civ. P. 11(a). Plaintiffs' reply brief, [Dkt. No. 45], is not; the Court has considered that pleading but reminds the pro se plaintiffs that future pleadings must be signed to be considered by the Court.